**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LORRELLE BREZIAL-WILLIAMS, | ) | |
| | ) | C.A. No.: 1:18-CV-01392-CFC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NYJAI MALONE AND, | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between all parties that the above-captioned case shall be dismissed with prejudice as to any and all claims made by any and all parties.

By: /s/ Adam F. Wasserman        By: /s/ Jesse S. Wenger
    Adam F. Wasserman, Esq.        Jesse S. Wenger, Esq.
    Kenneth M. Roseman, Esq.        Shamoor Anis, Esq.
    Attorneys for Plaintiff        Assistant United States Attorneys
                                     Attorneys for Defendant United States of America

By: /s/ Nicholas E. Skiles
    Nicholas E. Skiles, Esq.
    Bryan Smith, Esq.
    Attorneys for Defendant Nyjai Malone

Dated: September 8, 2020